UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THELMA SHIPPING CO. LTD.,

                    Plaintiff,

- against -

BEIJING SHOU-RONG FORWARDING SERVICE CO.
LTD. a/k/a BEIJING SHOURONG FORWARDING
SERVICE CO. LTD.,

                    Defendant.
------------------------------------------------------------------X



JUDGE CROTTY

08 CV 1804

ECF CASE

RECEIVED FEB 22 2008 U.S.D.C. S.D. N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                    NONE.

Dated: February 22, 2008
       Southport, CT

                    The Plaintiff,
                    THELMA SHIPPING CO. LTD.

                    By: _____
                    Patrick F. Lennon
                    Nancy R. Peterson
                    LENNON, MURPHY & LENNON, LLC
                    The Gray Bar Building
                    420 Lexington Ave., Suite 300
                    New York, NY 10170
                    (212) 490-6050
                    facsimile (212) 490-6070
                    pfl@lenmur.com
                    nrp@lenmur.com