James H Power
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR DEFENDANT
BEIJING SHOURONG FORWARDING SERVICE CO. LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| THELMA SHIPPING CO. LTD., | 08 Civ. 1804 (PAC) |
|---|---|
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| -against- | |
| BEIJING SHOU-RONG FORWARDING SERVICE CO. LTD. a/k/a BEIJING SHOURONG FORWARDING SERVICE CO. LTD. | |
| Defendant. | |

I, James H Power, attorney for Defendant BEIJING SHOU-RONG FORWARDING SERVICE CO. LTD. a/k/a BEIJING SHOURONG FORWARDING SERVICE CO. LTD., having filed an Answer with Affirmative Defenses and Counterclaim in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

BEIJING SHOURONG FORWARDING SERVICE CO. LTD., is 100% owned by parent company CHINA SHOUGANG INTERNATIONAL TRADE & ENGINEERING CORP. which in turn is a is a state-owned enterprise approved by the State Council of the People's Republic of China in June, 1992.

Dated:    New York, New York
             March 26, 2008

HOLLAND & KNIGHT LLP

By: _____
James H Power
Lissa D. Schaupp
195 Broadway
New York, NY 10007-3189
Tel:   (212) 513-3200
Fax:  (212) 385-9010

james.power@hkaw.com

*Attorneys for Defendant*
*Beijing Shourong Forwarding Service Co. Ltd.*

# 5224707_v1