James H. Power
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007
(212) 513-3200

ATTORNEYS FOR DEFENDANT
BEIJING SHOURONG FORWARDING SERVICE CO. LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THELMA SHIPPING CO. LTD.,<br><br>                                  Plaintiff,<br><br>-against-<br><br>BEIJING SHOU-RONG FORWARDING SERVICE CO. LTD. a/k/a BEIJING SHOURONG FORWARDING SERVICE CO. LTD.,<br><br>                                  Defendant. | 08 Civ. 1804 (PAC)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE THAT** upon the Affidavit of James H. Power dated March 27, 2008, and the accompanying Memorandum of Law in Support, and all pleadings heretofore had in this matter, Defendant Beijing Shourong Forwarding Service Co. Ltd. will move this Court, before the Honorable Paul A. Crotty, United States District Judge, at 500 Pearl Street, Courtroom 20C, New York, New York, on a date to be set by this Honorable Court, for an order pursuant to Rule E(7)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, directing (a) Plaintiff Thelma Shipping Co. Ltd. to give security to the Defendant for the damages demanded in the Defendant's counterclaim within 10 days from the

1

issuance of the order; and (b) directing such other and further relief as the Court may deem proper.

Dated: New York, New York
       March 27, 2008

                                          HOLLAND & KNIGHT LLP

                                    By:   _____
                                          James H. Power
                                          Lissa D. Schaupp
                                          195 Broadway
                                          New York, New York  10007
                                          (212) 513-3200
                                          james.power@hklaw.com
                                          *Attorneys for Defendant*
                                          *Beijing Shourong Forwarding Service Co. Ltd.*


TO:    LENNON, MURPHY & LENNON, LLC
       *Attorneys for Plaintiff*
       The GrayBar Building
       420 Lexington Ave., Suite 300
       New York, New York  10170
       (212) 490-6050
       Attn: Patrick F. Lennon, Esq.


# 5228448_v1

2