UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THELMA SHIPPING CO. LTD.,

Plaintiff,

- against -

BEIJING SHOU-RONG FORWARDING SERVICE CO. LTD. a/k/a BEIJING SHOURONG FORWARDING SERVICE CO. LTD.,

Defendant.

08 Civ. 01804 (PAC)

ECF CASE

**DECLARATION OF JOHN HICKS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR COUNTERSECURITY**

I, John Hicks, declare under penalty of perjury of the laws of the United States of America as follows:-

1. I am a partner in the English law firm, Waterson Hicks.

2. I am instructed on behalf of the Plaintiff, Thelma Shipping Co. Ltd., in this matter and am authorized to make this declaration on their behalf in relation to the alleged claim now being brought by the Defendant, Beijing Shou-Rong Forwarding Service Co. Ltd. a/k/a Beijing Shourong Forwarding Service Co. Ltd., that Plaintiff breached the charter party and is liable to Defendant for the underperformance of the vessel.

3. The underlying dispute in this matter arises from Defendant's failure to pay hire in the amount of $984,891.60 to Plaintiff in breach of the charter party executed between the parties on November 9, 2007 ("Charter Party").

4. Pursuant to the Charter Party, Plaintiff chartered the vessel "MANASOTA" ("Vessel") to the Defendant to perform a ballast voyage from the Far East to Itaguai, Brazil to load a cargo of bulk iron ore and then carry that cargo back to China.

5. As is typical in the shipping world, the Charter Party is evidenced by two documents: (1) the fixture "recap" agreed to by the parties; and (2) the unsigned pro forma charter party containing the "boiler plate" language of the charter, to be adjusted/ amended/revised by the Fixture Recap

6. It is a well-settled principle of English law that the terms of a Fixture Recap prevail over the terms of the proforma charter party. See Glyn v Margetson (1893) AC 351 at p 358 - House of Lords; The Brabant (1965) 2LLR 552 at p 552-554; and The Starsin (2000)1 LLR 85 at p 89-90.

7. Here, the Fixture Recap expressly provides "WHERE THE VESSEL REMAINS AT ANCHORAGE, IN PORT OR IDLE FOR AN EXTENDED PERIOD IN COMPLIANCE WITH CHRTRS' ORDER/INSTRUCTIONS, AND THIS CAUSES FOULING OF THE

HULL OR UNDERWATER PARTS, OWNERS SHALL NOT BE RESPONSIBLE FOR SUCH FOULING OR ANY VESSEL UNDERPERFORMANCE CAUSED BY SUCH FOULING. THE COST OF CLEANING AND PAINTING THE HULL OR UNDERWATER PARTS, AND THE TIME SPENT DOING SO, SHALL BE FOR THE CHARTERERS' ACCOUNT. *See Fixture Recap, p. 4 annexed to the Verified Complaint as Exhibit "1."*

8. This provision in the Fixture Recap repeats clause 102 of the proforma charter party, but in doing so deliberately excludes the definition of "extended period" which in the proforma is stated to mean 20 days.

9. Soon after the Plaintiff took redelivery of the Vessel from its prior charter, the Vessel took bunkers at Singapore on November 9-10, 2007, at which time the underwater areas of the Vessel were cleaned so that on sailing all underwater areas were free of growth.

10. The Vessel then ballasted across the Indian Ocean and South Atlantic to Brazil where she was obliged to wait in a warm water port, pursuant to the Defendant's instructions, for some 18 days in order to load the cargo.

11. The Defendant contends that the Vessel was delayed in a warm water port for 18 days which caused the fouling of the hull. It further admits that the fouling caused the alleged underperformance. *See Defendant's Memorandum of Law in Support of Motion for Countersecurity, p. 4.*

12. Thus, even a cursory application of the undisputed facts to the law (i.e. the contract), which states that Owners are not responsible for fouling or underperformance caused by fouling, reveals that Defendant does not have a prima facie valid claim against Plaintiff.

13. Defendant makes the outlandish argument that notwithstanding the clear language of the Charter Party that somehow Clause 102 is controlling.

14. This argument is unavailing. Under English law, like U.S. law, the language of a contract should be given its plain meaning.

15. Based on my examination of the facts and the relevant case law, under English law, Defendant's claim for underperformance would be precluded by the precise wording of the Charter Party.

16. Moreover, it is well-established under English law, that where bottom growth accumulates by reason of a vessel following charterers' orders and reduces the Vessel's performance that this shall not constitute a defect in the vessel entitling Charterers to make a deduction in hire. See The Rijn [1981] 2 LLR 267 and the Pamphilios [2002] 2 LLR 681.

17. Defendant's counterclaim hinges on clause 102 of the proforma charter party, which was expressly overridden by the Fixture Recap.

18.  Therefore, as shown above, Defendant's counterclaim for underperformance has no basis under English law, and Defendant has failed to show that it has a prima facie valid maritime claim against the Plaintiff.

19.  Defendant's argument under Clause 1, namely that Plaintiff failed to maintain the ship by allowing bottom growth to accumulate while the vessel was delayed at Itaguai, also has no basis in law or fact.

20.  Particularly, Plaintiff has no claim under Clause 1 because the Vessel was following Defendant's orders and instructions by waiting at a warm water port for an extended period of time and the accumulation of bottom growth in such circumstances is inevitable.

21.  There are no practical steps to prevent the accumulation of growth that can be taken by Plaintiff/Owners in such circumstances.

22.  The Defendant has not even indicated in what respect the Plaintiff failed to comply with this clause – the clause merely requires Plaintiff to take reasonable steps within a reasonable time to rectify any inefficiency.  See Snia v. Suzuki [1924] 17 LLR 78.

23.  Plaintiff took adequate steps to prevent the accumulation of marine growth.  The vessel, being of relatively new construction, had anti-fouling paint applied to her underwater areas which was still well within warranty.

24.  The accumulation of marine growth where a vessel is delayed, particularly in a warm water port, is not a matter dealt with by routine maintenance of the vessel.

25.  To remove marine growth the vessel has to be stopped and taken out of service and cleaned.

26.  In circumstances where the need for the cleaning arises as a direct result of the charterers' (Defendant's) orders, as was the case here, either the Vessel should not be placed off-hire in the first place or alternatively Plaintiff are entitled to an indemnity for the full extent of any loss arising.  See Island Archon [1994] 2 LLR 227.  According the clause 1 "argument" raised by Defendant has no merit whatsoever.

27.  In my respectful opinion, the counterclaim device has simply been raised by Defendant in an attempt to cause inconvenience and delay to the Plaintiff, the claim and/or defense thereof being entirely spurious and without merit.  Thus, the Court is respectfully requested to deny Defendant's Motion for Countersecurity.

28.  Finally, the Defendant has still failed to serve a Defence Submission in the London Arbitration.  Claim submissions were served by the Plaintiff on March 17, 2008 and the Tribunal ordered that the Defendant should serve a Defence by no later than April 17, 2008.  The Tribunal has now issued a further Order against the Defendant that any Defence must be served by May 5, 2008.  I submit that the Defendant's failure to serve a Defence to date reflects the frivolous nature of its Counterclaim (and Defence) in general.

29.   In light of the foregoing, we submit that Plaintiff has not and cannot bring a valid counterclaim for underperformance under English law.

30.   Defendant should not be allowed to subvert the purpose of Rule B attachment by concocting counterclaims in the hopes of gaining leverage over the Plaintiff.

31.   The underperformance claim is simply frivolous on its face and has, in my opinion, no prospect of success in London arbitration or at all and should never have been ever intimated and should be withdrawn.

32.   Furthermore, even presuming that the underperformance claim has any merit, which is denied, the calculations used therefore are incorrect.  Defendant has failed to reasonably estimate its damages. Therefore, at the very least, if the Court does not deny the motion for countersecurity on the basis that Defendant has a frivolous claim, it should still refuse to order countersecurity because as a matter of quantum, Defendant has no remaining claim.  Particularly, Defendant has arithmetically miscalculated its claim such that it is already fully secured (by way of deduction from hire). **See Exhibit "1."**

33.   The distance steamed Itaguai/Singapore was 9,074 miles and Singapore/Majishan was 2,160 miles, a total of 11,234 miles.   This is 241 miles more than Defendant's estimate.

34.   Defendant has the WNI report recording the distances steamed.  **See Exhibit "2."**

35.   Therefore, even assuming *arguendo* that the Vessel would make a speed of 13.5 knots in all weather and current conditions (which is clearly not correct in any event) the steaming time allowed for 11,234 miles at 13.5 knots is 34.672839 days.  The time actually used was 39.75 days.

36.   Defendant also made an arithmetical error on the sailing time from Singapore – the vessel sailed at 1500 GMT, nor 1400 GMT.  Therefore the time lost, (assuming that the claim exists in the first place, which is denied) would be 5.077161 days, not 5.862655 days.  Taking this into account, the deduction from hire, absent proper assessment of the Vessel's performance given bad weather, adverse currents, etc, should be $888,503.17 gross or $855,184.30 net of credit which should be made for 3.75% commission.

37.   Defendant has already deducted $1,025,964.63 from the hire owned to Plaintiff, an over-deduction of $170,780.33.

38.   Furthermore, although Defendant deducted the time spent maneuvering into and bunkering at Singapore in its calculation of the steaming time used, it has failed to take account of bunker consumption through this time.   Defendant has the WNI calculations which record this amount to be 32.8 mt IFO (US $16,498.40) and 12.3 mt MDO (US $9,102.00).   Based on these numbers, Defendant over-deducted another $25,600.40.

39.   Finally, Defendant's calculations are inherently unreasonable because they do not take account of the adverse weather conditions experienced during the voyage from Itaguai

to Singapore and Majishan. The WNI report sets out the many instances of weather exceeding Beaufort 4 and adverse current. All of Defendant's calculations are based on the concept that the Vessel experienced solely good weather and sea conditions throughout the entire voyage, a fact which is demonstrable false.

40.   Defendant has no claim for underperformance (as discussed earlier). However, even if the claim did exist, which Plaintiff denies, using Defendant's own method of calculation, it has over-estimated its claim.

Executed on April 28, 2008 in London, England.

John Hicks

# EXHIBIT "1"

wh
waterson hicks

SOLICITORS

130 Fenchurch Street
London EC3M 5LY

Telephone : 020 7929 6060
Facsimile : 020 7929 3748
Email : law@watersonhicks.com
Web : www.watersonhicks.com

FACSIMILE TRANSMISSION

DATE : 28 March 2008

PAGES : 2

TO : Winter Scott
ATTN : Glenn Winter
REF : GDW/In/364/29
FAX : 020 7726 2371

FROM : John Hicks
REF : JWH/WB/1042-31

"MANASOTA" – C/P dated 9.11.07

Thank you for your fax of 20th March.

As you will appreciate your clients' calculations are incorrect.

1. As a starting point, the vessel's underwater areas were cleaned at Singapore on 9th/10th November 2007 before performing the ballast voyage to Brazil. That ballast voyage was then performed in excess of the Charterparty speed and with bunker consumption below the Charterparty warranty. It was only following the delay in loading at Itaguai that the vessel's performance speed and consumption reduced below the Charterparty warranties. When the vessel arrived back at Singapore on the return laden voyage to bunker once more she was inspected underwater and found to be fouled. This was the obvious effect of the delay in loading at Itaguai.

   You have argued, as have your New York attorneys, that Clause 102 of the Charterparty provides that a delay at a loading port must exceed 20 days before Charterers become responsible for fouling. As we explained during the course of our telephone conversation of 19th March, you have omitted to take account of the recap which removes that 20 day minimum criteria and merely provides that where the vessel remains at anchorage for an extended period in compliance with Charterers' orders and this causes fouling Owners shall not be responsible for the fouling, underperformance or the cost of cleaning. It is trite law that the terms of the recap prevail over the terms of the pro forma Charterparty. The Singapore surveys place the cause of the fouling in such clear relief that there really should be no argument about this case and your clients should pay the sum wrongfully withheld without further delay. Any other approach on their part is frankly an abuse of process.

CONFIDENTIALITY NOTICE
The contents of this fax and any attachments are confidential, for the use of the addressee only and may be legally privileged. If you are not the intended recipient of this fax, or the employee or the agent responsible for delivering it to the intended recipient any copying, distribution or other action taken or omitted to be taken in reliance upon it is prohibited and may be unlawful. Please return the fax and any attachments to us and destroy any copies which may have been made. Thank you.

J.W. Hicks, M.J. Wisdom, B.M. Isola, M.S. Aspinall, T.D. Baker, A.S. Ridings

Geneva: tel +4122 3109767
Address: 11 rue de Candolle, 1205 Geneva, Switzerland

Regulated by the Solicitors Regulation Authority

waterson hicks

2. We have seen the assertion raised by your New York correspondents that Owners were in breach of Clause 1 of the Charterparty "by allowing underwater growth to accumulate". As you know, this is an entirely forlorn argument: there was nothing the Owners could have done to prevent the accumulation of underwater growth while following your clients' orders and waiting at Itaguai.

3. Without prejudice to this, the basis of your clients' calculations is incorrect both arithmetically and as a matter of principle. The distance steamed Itaguai/Singapore was 9,074 miles and Singapore/ Majishan was 2,160 miles, a total of 11, 234 miles. This 241 miles more than your clients' estimate. You have the WNI report recording the distances steamed. Even if we adopt the simplistic approach taken by your clients of assuming that the vessel will make a speed of 13.5 knots in all weather and current conditions (which is obviously not correct either) the steaming time allowed for 11,234 miles at 13.5 knots is 34.672839 days. Time actually used was 39.75 days: again your clients have made an arithmetical error on the sailing time from Singapore – the vessel sailed at 1500 GMT, not 1400 GMT. Therefore the time lost according to your clients' calculation should be 5.077161 days, not 5.862655 days. The deduction from hire should, absent proper assessment of the vessel's performance given bad weather, adverse currents etc., should thus be US$888,503.17 gross or US$855,184.30 net of the credit which should be made for 3.75% commission. Instead your clients have already deducted US$1,025,964.63, an overdeduction of US$170,780.33 which alone almost entirely extinguishes the purported counterclaim raised by your clients of US$181,604.53.

4. Although your clients have deducted the time spent manoeuvring into and bunkering at Singapore from their calculation of the steaming time used, they have omitted to take account of bunker consumption through this time. You have the WNI calculations which record that this amounted to 32.8 mt IFO (US$16,498.40) and 12.3 mt MDO (US$9,102.00). Again adopting this very simplistic approach your clients have overdeducted US$25,600.40. Taking this together with the overdeduction of time taken explained above, your clients have already overdeducted US$196,380.73, more than the total amount of their counterclaim of US$181,604.53.

5. One then has to take account of the adverse weather conditions experienced during the voyage from Itaguai to Singapore and Majishan. The WNI report sets out the many instances of weather exceeding Beaufort 4 and adverse current. In spite of this your clients' calculations presumed the vessel experienced good weather and sea conditions throughout the entire duration of the voyage.

In conclusion therefore even before taking into account the weather and current conditions, your clients do not have a counterclaim on any basis. They have deducted from hire more than the maximum amount of any possible counterclaim even if they had no liability for the fouling of the vessel's underwater areas, which is obviously denied. Your clients cannot therefore be entitled to further countersecurity since they will be doubly secured in respect of the same claims.

We trust this is clear and that you will advise your New York attorneys accordingly.

Finally we confirmed to you that our clients would accept a bank guarantee from a first class London bank rather than leaving your clients' funds subject to attachment in New York. You have not responded to us upon this.

Yours faithfully,

Waterson Hicks

WATERSON HICKS

# EXHIBIT "2"



WEATHERNEWS INC.
Global Center
Email: [illegible]@wni.com

# Voyage Evaluation Report

Vessel Name: **MANASOTA (9HDF8)**
Prepared for **CARDIFF MARINE INC**

WNI Route Number: 2007111233
Date: December 6, 2007

DEPARTURE: SINGAPORE November 10, 2007 01:30 (GMT)
ARRIVAL: ITAGUAI December 5, 2007 15:30 (GMT)

Voyage No: –
Voyage Type: Chartered
Cargo: On deck:
Hold:

Ship Type: BULK CARRIER
Loading Condition: Ballast

**SERVICE TYPE**

- [X] Oceanrouteing with or without Onboard Routing System
- [ ] Performance Monitoring
- [ ] Heavy Weather Advisory

**SERVICE WITH**

- [X] Performance Speed Evaluation
- [X] Speed & Bunker Analysis
- [ ] Route Comparison Analysis

**VOYAGE SUMMARY :**

| | |
|---|---|
| Route selection | The vessel sailed along the recommanded route. |
| Schedule | Required ETA scheduled before departure : N/A |
| | Actual Time of Arrival : December 5, 2007 15:30 (GMT) |

| Voyage Leg | Speed Performance | Bunker Performance |
|---|---|---|
| SINGAPORE to ITAGUAI | Performed (No Time Lost) | 156.64 MT F.O. Under-consumed<br>1.86 MT D.O. Under-consumed |

**ROUTE COMPARISON ANALYSIS :**

| |
|---|
| No comparison is provided. |

Your Local Contact Office
Weathernews Italia S.p.A.
Via Palestro, 6, 23121 Milano, Italy
Tel: +39-02-76-01-82-75
Fax: +39-02-76-02-8021
Email: vp_ita@wni.com



# Performance Speed Evaluation

Vessel Name: **MANASOTA**
Prepared for **CARDIFF MARINE INC**

WNI Route Number: 2007111233
Date: December 6, 2007

DEPARTURE: SINGAPORE November 10, 2007 01:30 (GMT)
ARRIVAL: ITAGUAI December 5, 2007 15:30 (GMT)

**SINGAPORE to ITAGUAI**

| | Entire Voyage Analysis |
|---|---|
| Distance Sailed | 8999 Miles |
| Time en Route | 614.0 Hours |
| Average Speed | 14.7 Knot(s) |
| Weather Factor | -0.5 Knot(s) |
| Current Factor | 0.0 Knot(s) |
| **Performance Speed** | **15.2 Knot(s)** |
| **Charter Party Speed** | **15.0 Knot(s)** |

Good Weather Definition:
Wind force Beaufort Force 4 and seas Douglas Sea State 3 (1.25m max wave height) or less for over half the day, and non-adverse average daily current.

Remarks:
Weathernews began providing ship routing service on November 13.

Route Selection:
The vessel sailed along the recommended route.



# Speed and Bunker Analysis for Chartered Vessel

This calculation is based on the information obtained from the Master/Vessel operator applying allowed time for consumption calculations. It will be updated upon receipt of corrections of Charter Party information or additional data of ship positions, departure/arrival information.

Vessel Name: **MANASOTA**

WNI Route Number: 2007111233
Date: December 6, 2007

## SINGAPORE to ITAGUAI

Performance Speed Evaluation

| | | | |
|---|---|---|---|
| Distance Sailed | : | 8999 | Miles |
| Time en Route | : | 614.0 | Hours |
| Average Speed | : | 14.7 | Knot(s) |
| Weather Factor | : | -0.5 | Knot(s) |
| Current Factor | : | 0.0 | Knot(s) |
| Performance Speed | : | 15.2 | Knot(s) |

| Voyage Leg | Departure BROB | | Arrival BROB | | Bunker Consumed on Passage | |
|---|---|---|---|---|---|---|
| | F.O. [MT] | D.O. [MT] | F.O. [MT] | D.O. [MT] | F.O. [MT] | D.O. [MT] |
| SINGAPORE to ITAGUAI | 3658.70 | 193.00 | 2129.60 | 180.40 | 1529.10 | 12.60 |

Charter Party Terms:

```
It is understood that the Charter Party Speed is about 15.0 knots on 59.94
M/T fuel oil and 0.51 M/T diesel oil per sailing day. Allowing 0.5 knots and
5% consumption for the term 'about', an effective speed of 14.5 knots, 62.94
M/T fuel oil and 0.54 M/T diesel oil have been used in the following
calculations.
```

### 1. SPEED CALCULATIONS

| | | | | |
|---|---|---|---|---|
| C/P Speed (-0.5 Knots) | : | 14.5 Knot(s) | | |
| Weather Factor | : | -0.5 Knot(s) | | |
| Current Factor | : | 0.0 Knot(s) | | |
| **C/P Allowed Speed** | | **14.0 Knot(s)** | | |
| Time Allowed | : | 8999 / 14.0 | = 642.8 | Hours |
| Time Lost | : | 614.0 - 642.8 | = -28.8 | Hours |

**No Time Lost**

### 2. CONSUMPTION CALCULATIONS

FUEL OIL [MT]

| | | | |
|---|---|---|---|
| Warranted Consumption (5% upward) | : | 62.94 | |
| Calculated Consumption | : | (642.8 / 24 Hours) x 62.94 | = 1685.74 |
| Bunker Consumed on Passage | : | 1529.10 | |
| **Under-consumed** | : | 1529.10 - 1685.74 | = -156.64 |

DIESEL OIL [MT]

| | | | |
|---|---|---|---|
| Warranted Consumption (5% upward) | : | 0.54 | |
| Calculated Consumption | : | (642.8 / 24 Hours) x 0.54 | = 14.46 |
| Bunker Consumed on Passage | : | 12.60 | |
| **Under-consumed** | : | 12.60 - 14.46 | = -1.86 |

| | | |
|---|---|---|
| **Fuel Oil Under-consumed** | **156.64** | **MT** |
| **Diesel Oil Under-consumed** | **1.86** | **MT** |

# Voyage Summary Report

WNI Route Number: 2007111233
Date: December 6, 2007

MANASOTA Operator: CARDIFF MARINE INC

Departure: SINGAPORE 1.2N 103.9E November 10, 2007 01:30 (GMT)
Arrival: ITAGUAI 23.2S 43.9W December 5, 2007 15:30 (GMT)
Distance: 8999 miles Time Enroute 614.0 hours Average Speed: 14.7 knots

| DATE | REPORTED POSITIONS LAT | REPORTED POSITIONS LON | REPORTED POSITIONS GMT | 1200 GMT DR DAILY POSITIONS LAT | 1200 GMT DR DAILY POSITIONS LON | DAILY DISTANCE (NM) | DAILY SPEED (KTS) | 1200 GMT WEATHER SURFACE WIND DIR | SURFACE WIND SPEED (KTS) | SURFACE WIND BEAUFORT FORCE | COMBINED WAVES PRIMARY DIR | COMBINED WAVES HEIGHT (M) | REPORTED VESSEL DATA ENGINE RPM | ROB F.O. (M/T) | ROB M.D.O. (M/T) | AVERAGE DAILY CONS. F.O. (M/T) | AVERAGE DAILY CONS. M.D.O. (M/T) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/10 | 1.2N | 103.9E | 1:30 | | | | | | | | | | | 3658.70 | 193.00 | | |
| 11/10 | 1.2N | 103.4E | 4:00 | 2.20N | 101.67E | 156.0 | 14.9 | W | 2 | 1 | NE | 0.1 | 85.2 | 3652.44 | 192.90 | 60.1 | 1.0 |
| 11/11 | 4.0N | 98.8E | 4:00 | 5.96N | 97.04E | 360.5 | 15.0 | S | 7 | 3 | WSW | 0.8 | 85.2 | 3593.00 | 192.40 | 59.4 | 0.5 |
| 11/12 | 4.5N | 93.3E | 5:00 | 4.11N | 91.74E | 363.7 | 15.2 | WSW | 14 | 4 | SSW | 2.1 | 85.2 | 3533.00 | 191.90 | 59.5 | 0.5 |
| 11/13 | 1.6N | 88.6E | 5:00 | 0.54N | 87.64E | 329.4 | 13.7 | WSW | 19 | 5 | SSW | 2.5 | 85.2 | 3473.00 | 191.40 | 60.0 | 0.5 |
| 11/14 | 1.5S | 84.7E | 5:00 | 2.39S | 83.42E | 309.7 | 12.9 | W | 15 | 4 | SSW | 2.2 | 85.2 | 3411.00 | 190.90 | 60.0 | 0.5 |
| 11/15 | 4.9S | 80.0E | 6:00 | 5.95S | 79.06E | 339.1 | 14.1 | W | 11 | 4 | SSW | 2.2 | 85.2 | 3348.50 | 190.40 | 60.0 | 0.5 |
| 11/16 | 8.3S | 75.4E | 6:00 | 8.96S | 74.10E | 363.2 | 14.7 | SE | 14 | 4 | SSW | 2.5 | 85.2 | 3285.00 | 189.90 | 63.5 | 0.5 |
| 11/17 | 11.9S | 70.4E | 7:00 | 12.64S | 69.36E | 360.1 | 15.0 | ESE | 16 | 4 | ESE | 2.8 | 85.2 | 3223.00 | 189.40 | 59.5 | 0.5 |
| 11/18 | 15.3S | 65.5E | 7:00 | 16.08S | 64.47E | 352.9 | 14.7 | ESE | 13 | 4 | SSW | 3.2 | 85.2 | 3161.30 | 188.90 | 59.7 | 0.5 |
| 11/19 | 19.1S | 60.2E | 8:00 | 19.66S | 59.39E | 361.8 | 15.1 | ESE | 12 | 4 | SSW | 2.7 | 85.2 | 3101.30 | 188.40 | 59.5 | 0.5 |
| 11/20 | 22.4S | 55.1E | 8:00 | 22.06S | 54.19E | 349.5 | 14.6 | E | 12 | 4 | SSW | 2.6 | 85.2 | 3041.00 | 187.90 | 59.5 | 0.5 |
| 11/21 | 25.0S | 49.3E | 8:00 | 25.39S | 48.35E | 354.9 | 14.8 | NE | 19 | 5 | SSW | 3.2 | 85.2 | 2982.30 | 187.40 | 59.5 | 0.5 |
| 11/22 | 27.8S | 43.1E | 9:00 | 28.06S | 42.37E | 360.7 | 15.0 | NE | 5 | 2 | SW | 2.5 | 85.2 | 2920.10 | 186.90 | 59.5 | 0.5 |
| 11/23 | 30.3S | 37.1E | 9:00 | 30.70S | 36.41E | 351.0 | 14.6 | NNW | 10 | 3 | SW | 1.9 | 85.2 | 2860.60 | 186.40 | 59.7 | 0.5 |
| 11/24 | 32.8S | 31.0E | 10:00 | 33.08S | 30.52E | 336.8 | 14.0 | SSW | 22 | 6 | SSW | 2.5 | 85.2 | 2798.60 | 185.90 | 59.5 | 0.5 |
| 11/25 | 35.0S | 24.4E | 10:00 | 35.23S | 23.06E | 357.6 | 14.9 | ENE | 18 | 5 | SW | 2.5 | 85.2 | 2738.89 | 185.40 | 59.7 | 0.5 |
| 11/26 | 35.7S | 17.2E | 11:00 | 35.78S | 16.89E | 347.4 | 14.3 | N | 20 | 5 | SW | 3.4 | 85.2 | 2676.49 | 184.90 | 59.5 | 0.5 |
| 11/27 | 35.9S | 10.5E | 11:00 | 35.95S | 10.14E | 337.0 | 14.0 | S | 10 | 3 | SSW | 3.4 | 85.2 | 2617.19 | 184.40 | 59.7 | 0.5 |
| 11/28 | 35.7S | 3.5E | 11:00 | 35.71S | 3.21E | 347.9 | 14.5 | SSW | 11 | 4 | SSW | 2.0 | 85.2 | 2567.50 | 183.90 | 59.7 | 0.5 |
| 11/29 | 35.1S | 4.0W | 12:00 | 35.15S | 4.00W | 355.1 | 14.8 | WNW | 5 | 2 | SW | 1.1 | 85.2 | 2495.50 | 183.40 | 59.5 | 0.5 |
| 11/30 | 34.1S | 11.2W | 12:00 | 34.07S | 11.17W | 364.6 | 15.2 | NE | 7 | 3 | SW | 1.4 | 85.2 | 2435.80 | 182.90 | 59.7 | 0.5 |
| 12/1 | 32.6S | 18.0W | 12:00 | 32.65S | 18.00W | 361.6 | 15.1 | N | 13 | 4 | NW | 1.7 | 85.2 | 2376.30 | 182.40 | 59.5 | 0.5 |
| 12/2 | 30.8S | 25.0W | 13:00 | 30.83S | 24.73W | 361.3 | 15.1 | NNW | 18 | 5 | SSW | 1.9 | 85.2 | 2314.30 | 181.90 | 59.5 | 0.5 |
| 12/3 | 28.7S | 31.0W | 13:00 | 28.83S | 30.70W | 341.3 | 14.2 | NNW | 13 | 4 | SSW | 1.4 | 85.2 | 2254.00 | 181.40 | 59.5 | 0.5 |



# Voyage Summary Report

WNI Route Number: 2007111233
Date: December 6, 2007

| DATE | REPORTED POSITIONS | | | 1200 GMT DR DAILY POSITIONS | | DAILY | | 1200 GMT WEATHER | | | | | REPORTED VESSEL DATA | | | AVERAGE DAILY CONS. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | SURFACE WIND | | | COMBINED WAVES | | ENGINE | ROB | | | |
| | LAT | LON | GMT | LAT | LON | DISTANCE (NM) | SPEED (KTS) | DIR | SPEED (KTS) | BEAUFORT FORCE | PRIMARY DIR | HEIGHT (M) | RPM | F.O. (M/T) | M.D.O. (M/T) | F.O. (M/T) | M.D.O. (M/T) |
| 12/4 | 26.2S | 37.4N | 14:00 | 26.38S | 36.89W | 357.6 | 14.9 | SSE | 9 | 2 | E | 1.2 | 86.2 | 2192.00 | 180.90 | 59.5 | 0.5 |
| 12/5 | 23.4S | 43.5N | 14:00 | 23.61S | 43.04W | 374.3 | 15.6 | NE | 4 | 1 | S | 1.0 | 85.2 | 2133.30 | 180.40 | 59.5 | 0.5 |
| 12/5 | 23.2S | 43.9W | 15:30 | | | 56.0 | 15.7 | | | | | | | 2129.60 | 180.40 | 59.3 | 0.0 |

Date: December 6, 2007

MANASOTA

From: SINGAPORE

To: ITAGUAI

CARDIFF MARINE INC

*Number of Days of Wind (Beaufort Force)*

| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | >9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Head | 0.25 | 0.25 | 0.25 | | 1.25 | 0.50 | | | | | | 2.50 |
| Bow | | 0.25 | 0.25 | 0.25 | 1.75 | 1.75 | 0.25 | | | | | 4.50 |
| Beam | | | 0.25 | 2.25 | 3.75 | 1.00 | 0.25 | | | | | 7.50 |
| Quarter | | 0.50 | 1.25 | 2.00 | 4.50 | 0.75 | | | | | | 9.00 |
| Follow | | | 0.50 | 0.25 | 0.50 | 0.75 | | | | | | 2.00 |
| Total | 0.25 | 1.00 | 2.50 | 4.75 | 11.75 | 4.75 | 0.50 | | | | | 25.50 |

*Number of Days of Combined Wave Height (Meters)*

| | <1 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | >9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Head | | | 1.75 | 1.50 | | | | | | | | 3.25 |
| Bow | 1.00 | 1.75 | 7.25 | 6.25 | | | | | | | | 16.25 |
| Beam | 0.25 | 1.50 | 2.00 | 0.50 | | | | | | | | 4.25 |
| Quarter | | 1.50 | | 0.25 | | | | | | | | 1.75 |
| Follow | | | | | | | | | | | | |
| Total | 1.25 | 4.75 | 11.00 | 8.50 | | | | | | | | 25.50 |



Route | Distance | Time | Speed | Departure Time | Arrival Time
Actual | 6999 NM | 514.0 Hours | 14.7 knots | 11/10/2007 01:30 (GMT) | 12/5/2007 15:30 (GMT)
FROM: 1.2N 103.8E SINGAPORE
TO: 23.2S 43.9W ITAGUAI
MANASOTA
WNI Route Number: 2007111233
LEGEND:
Wind from NE(045)
Each barb = 10 kts
1/2 barb = 5 kts
8 - DAY OF THE MONTH
W 5 - PRIMARY WAVE FROM WEST, 5 METERS
30N
20N
10N
10S
20S
30S
40S
50S
60S



# Vessel Performance Profile

WNI Route Number: 2007111233

Date: December 6, 2007

## MANASOTA



# V( sel Performance Profile (Page 2)

| | |
|---|---|
| WNI Route Number: | 2007111233 |
| Date: | December 5, 2007 |

## MANASOTA

WIND SPEED AND SHIP SPEED

Ship Center shows wind speed at 12:00 GMT. Arrow shows wind direction. Ship symbol shows ship heading. Line shows vessel speed at 12:00 GMT.

COMBINED WAVE HEIGHT AND SHIP SPEED

Ship Center shows wave height at 12:00 GMT. Arrow shows primary wave direction. Line shows vessel speed at 12:00 GMT.

FUEL IN TONS/DAY AND RPM

Vessel Performance Profile (Page 3)
WNI Route Number: 2007111293
Date: December 6, 2007
MANASOTA
WIND SPEED AND SHIP SPEED
Ship Center shows wind speed at 12:00 GMT.
Arrow shows wind direction.
Ship symbol shows ship heading.
Line shows vessel speed at 12:00 GMT.
(BF)
(KTS)
SHIP'S SPEED (KTS)
COMBINED WAVE HEIGHT AND SHIP SPEED
Ship Center shows wave height at 12:00 GMT.
Arrow shows primary wave direction.
Line shows vessel speed at 12:00 GMT.
(M)
(SEA STATE)
V HIGH
HIGH
V ROUGH
ROUGH
MODERATE
SLIGHT
CALM
FUEL IN TONS/DAY AND RPM
(TONS/DAY)
(RPM)



WEATHERNEWS INC.
Global Center
Email: wni-voyagereport@wni.com

# Voyage Evaluation Report

Vessel Name: **MANASOTA (9HDF8)**
Prepared for **CARDIFF MARINE INC**

WNI Route Number: 2007122212
Date: February 18, 2008

DEPARTURE: ITAGUAI December 23, 2007 14:00 (GMT)
ARRIVAL: BEILUN February 2, 2008 03:00 (GMT)

Voyage No: –
Voyage Type: Chartered
Cargo: On deck: nil
Hold: 159700 MT ABT IRON ORE IN BULK

Ship Type: BULK CARRIER
Loading Condition: Loaded

## SERVICE TYPE

- [X] Oceanrouteing with or without Onboard Routing System
- [ ] Performance Monitoring
- [ ] Heavy Weather Advisory

## SERVICE WITH

- [X] Performance Speed Evaluation
- [X] Speed & Bunker Analysis
- [ ] Route Comparison Analysis

## VOYAGE SUMMARY :

| Route selection | The vessel sailed along the recommended route. | |
|---|---|---|
| Schedule | Required ETA scheduled before departure : | N/A |
| | Actual Time of Arrival : | February 2, 2008 03:00 (GMT) |

| Voyage Leg | Speed Performance | Bunker Performance |
|---|---|---|
| ITAGUAI to BEILUN | Underperformed (74.9 Hours Lost) | 120.64 MT F.O. Over-consumed<br>0.38 MT D.O. Over-consumed |

## ROUTE COMPARISON ANALYSIS :

| No comparison is provided. |
|---|

Your Local Contact Office
Weathernews Italia S.p.A.
Via Polcastro, 6, 20121 Milano, Italy
Tel. +39-02-76-01-82-75
Fax: +39-02-76-02-8021
Email: vp_it@wni.com



# Performance Speed Evaluation

(1 of 2)

Vessel Name: **MANASOTA**
Prepared for **CARDIFF MARINE INC**

WNI Route Number: 2007122212
Date: February 18, 2008

DEPARTURE: ITAGUAI — December 23, 2007 14:00 (GMT)
ARRIVAL: BEILUN — February 2, 2008 03:00 (GMT)

## ITAGUAI to BEILUN

| | Good Weather Analysis | | Entire Voyage Analysis | |
|---|---|---|---|---|
| Distance Sailed | 594 | Miles | 11134 | Miles |
| Time en Route | 48.0 | Hours | 938.0 | Hours |
| Average Speed | 12.4 | Knot(s) | 11.9 | Knot(s) |
| Weather Factor | 0.0 | Knot(s) | -0.5 | Knot(s) |
| Current Factor | 0.2 | Knot(s) | -0.1 | Knot(s) |
| Performance Speed | 12.2 | Knot(s) | 12.5 | Knot(s) |
| Charter Party Speed | | | 14.0 | Knot(s) |

**Good Weather Definition:**

Wind force Beaufort Force 4 and seas Douglas Sea State 3 (1.25m max wave height) or less for over half the day, and non-adverse average daily current.

Remarks:

Good Weather Analysis

A good weather day is defined by Weathernews as being the period between consecutive daily noon positions where the analyzed weather conditions experienced by the vessel did not exceed the above mentioned good weather definitions.

The following days were analyzed and determined in excess of good weather definitions:

December 24 to January 16, 18 to 20, 22 to 24, January 26 to February 2

 weathernews

# Performance Speed Evaluation

(2 of 2)

Vessel Name: **MANASOTA**

Prepared for **CARDIFF MARINE INC**

WNI Route Number: 2007122212

Date: February 18, 2008

**Notes:**

The following time and distance has been excluded from the Performance Speed Evaluation due to transit through Singapore strait:

| Date/Time | Duration | Distance |
|---|---|---|
| 01/24/08 0400Z-01/24/08 2000Z | 16.0 Hours | 100 Miles |

The quantity of bunkers consumed on passage excludes 32.80 MT of fuel oil and 12.30 MT of diesel oil that was consumed during the period of exclusion.

Route Selection:

The vessel sailed along the recommended route.

 weathernews

# Speed and Bunker Analysis for Chartered Vessel

(1 of 2)

This calculation is based on the information obtained from the Master/Vessel operator applying allowed time for consumption calculations. It will be updated upon receipt of corrections of Charter Party information or additional data of ship positions, departure/arrival information.

Vessel Name: **MANASOTA**

WNI Route Number: 2007122212
Date: February 18, 2008

## ITAGUAI to BEILUN

Performance Speed Evaluation ( All Weather )

| | | | |
|---|---|---|---|
| Distance Sailed | : | 11134 | Miles |
| Time en Route | : | 938.0 | Hours |
| Average Speed | : | 11.9 | Knot(s) |
| Weather Factor | : | -0.5 | Knot(s) |
| Current Factor | : | -0.1 | Knot(s) |
| Performance Speed | : | 12.5 | Knot(s) |

| Voyage Leg | Departure BROB | | Arrival BROB | | Bunker Consumed on Passage | |
|---|---|---|---|---|---|---|
| | F.O. (MT) | D.O. (MT) | F.O. (MT) | D.O. (MT) | F.O. (MT) | D.O. (MT) |
| ITAGUAI to SINGAPORE | 2013.70 | 171.80 | 22.60 | 143.50 | 1991.10 | 28.30 |
| SINGAPORE to BEILUN | 2518.00 | 191.20 | 2053.70 | 187.40 | 464.30 | 3.80 |

Notes: The following time and distance has been excluded from the Performance Speed Evaluation due to transit through Singapore strait:

| Date/Time | Duration | Distance |
|---|---|---|
| 01/24/08 0400Z-01/24/08 2000Z | 16.0 Hours | 100 Miles |

The quantity of bunkers consumed on passage excludes 32.80 MT of fuel oil and 12.30 MT of diesel oil that was consumed during the period of exclusion.

Charter Party Terms:

It is understood that the Charter Party Speed is about 14.0 knots on 60.96 M/T fuel oil and 0.51 M/T diesel oil per sailing day. Allowing 0.5 knots and 5% consumption for the term 'about', an effective speed of 13.5 knots, 64.01 M/T fuel oil and 0.54 M/T diesel oil have been used in the following calculations.

### 1. SPEED CALCULATIONS

| | | |
|---|---|---|
| C/P Speed (-0.5 Knots) | : | 13.5 Knot(s) |
| Weather Factor | : | -0.5 Knot(s) |
| Current Factor | : | -0.1 Knot(s) |
| **C/P Allowed Speed** | | **12.9 Knot(s)** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Time Allowed | : | 11134 | / | 12.9 | = | 863.1 | Hours |
| Time Lost | : | 938.0 | - | 863.1 | = | 74.9 | Hours |

**74.9 Hours Lost**



# Speed and Bunker Analysis for Chartered Vessel

(2 of 2)

This calculation is based on the information obtained from the Master/Vessel operator applying allowed time for consumption calculations. It will be updated upon receipt of corrections of Charter Party Information or additional data of ship positions, departure/arrival information.

Vessel Name: **MANASOTA**

WNI Route Number: 2007122212
Date: February 18, 2008

## 2. CONSUMPTION CALCULATIONS

FUEL OIL [MT]

| | | |
|---|---|---|
| Warranted Consumption (5% upward) | : | 64.01 |
| Calculated Consumption | : | (863.1 / 24 Hours) x 64.01 = 2301.96 |
| Bunker Consumed on Passage | : | 2422.60 |
| **Over-consumed** | : | 2422.60 - 2301.96 = 120.64 |

DIESEL OIL [MT]

| | | |
|---|---|---|
| Warranted Consumption (5% upward) | : | 0.54 |
| Calculated Consumption | : | (863.1 / 24 Hours) x 0.54 = 19.42 |
| Bunker Consumed on Passage | : | 19.80 |
| **Over-consumed** | : | 19.80 - 19.42 = 0.38 |

| | | |
|---|---|---|
| Fuel Oil Over-consumed | 120.64 | MT |
| Diesel Oil Over-consumed | 0.38 | MT |

# Voyage Summary Report

WNI Route Number: 2007122212
Date: February 18, 2008

WNI weathernews

MANASOTA Operator: CARDIFF MARINE INC

Departure: ITAGUAI 23.2S 44.0W December 23, 2007 14:00 (GMT)
Arrival: SINGAPORE 1.2N 103.9E January 24, 2008 20:00 (GMT)
Distance: 9074 miles Time Enroute 774.0 hours Average Speed: 11.7 knots

| DATE | REPORTED NOON POSITIONS LAT | LON | GMT | DAILY DISTANCE (NM) | DAILY SPEED (KTS) | ANALYZED WEATHER SURFACE WIND DIR | SPEED (KTS) | BEAUFORT FORCE | COMBINED WAVES PRIMARY DIR | HEIGHT (M) | REPORTED VESSEL DATA ENGINE RPM | ROB F.O. (M/T) | ROB M.D.O. (M/T) | AVERAGE DAILY CONS. F.O. (M/T) | M.D.O. (M/T) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/23 | 23.17S | 44.00W | 14:00 | | | | | | | | | 2013.70 | 171.80 | | |
| 12/24 | 25.50S | 38.80W | 14:00 | 315.3 | 13.1 | NNE | 16 | 4 | NNE | 1.5 | 85.2 | 1952.70 | 171.20 | 61.0 | 0.5 |
| 12/25 | 27.60S | 33.40W | 14:00 | 321.6 | 13.4 | ENE | 10 | 3 | ESE | 1.6 | 85.2 | 1891.90 | 170.80 | 60.8 | 0.5 |
| 12/26 | 29.40S | 28.00W | 13:00 | 309.9 | 13.5 | E | 11 | 4 | ESE | 2.2 | 85.2 | 1833.50 | 170.30 | 60.9 | 0.5 |
| 12/27 | 31.20S | 21.80W | 13:00 | 335.7 | 14.0 | SSE | 4 | 2 | SSW | 1.2 | 85.2 | 1772.60 | 169.80 | 60.9 | 0.5 |
| 12/28 | 32.50S | 16.30W | 12:00 | 252.3 | 13.0 | NNW | 19 | 5 | SSW | 2.6 | 85.2 | 1714.20 | 169.30 | 60.9 | 0.5 |
| 12/29 | 33.60S | 10.40W | 12:00 | 301.0 | 12.5 | E | 12 | 4 | SSW | 3.0 | 85.2 | 1653.30 | 168.80 | 60.9 | 0.5 |
| 12/30 | 34.40S | 4.40W | 12:00 | 306.2 | 12.7 | E | 16 | 4 | SW | 4.0 | 85.2 | 1593.40 | 168.30 | 60.9 | 0.5 |
| 12/31 | 34.80S | 1.50E | 11:00 | 291.0 | 12.7 | SSW | 9 | 3 | SW | 3.5 | 85.2 | 1534.00 | 167.80 | 60.9 | 0.5 |
| 1/1 | 35.10S | 7.70E | 11:00 | 313.4 | 13.0 | SSE | 4 | 2 | SW | 3.7 | 85.2 | 1475.10 | 167.30 | 60.9 | 0.5 |
| 1/2 | 35.30S | 14.10E | 11:00 | 312.4 | 13.0 | S | 16 | 4 | SW | 2.3 | 85.2 | 1412.20 | 166.80 | 60.9 | 0.5 |
| 1/3 | 35.30S | 18.80E | 10:00 | 232.2 | 10.1 | SE | 24 | 6 | SW | 2.3 | 85.2 | 1353.30 | 166.30 | 62.5 | 0.5 |
| 1/4 | 35.40S | 23.30E | 10:00 | 221.7 | 9.2 | E | 21 | 5 | SSW | 2.7 | 85.2 | 1289.00 | 165.80 | 62.5 | 0.5 |
| 1/5 | 35.30S | 27.60E | 10:00 | 220.0 | 9.2 | ENE | 27 | 6 | SSW | 3.0 | 85.2 | 1227.30 | 165.30 | 62.5 | 0.5 |
| 1/6 | 34.50S | 31.40E | 9:00 | 178.1 | 7.1 | NE | 31 | 7 | ENE | 2.6 | 85.2 | 1167.00 | 164.80 | 62.5 | 0.5 |
| 1/7 | 32.70S | 34.40E | 9:00 | 216.6 | 9.0 | NE | 13 | 4 | ESE | 1.9 | 85.2 | 1104.90 | 164.30 | 62.5 | 0.5 |
| 1/8 | 30.30S | 39.00E | 9:00 | 275.7 | 11.5 | SW | 14 | 4 | SE | 2.1 | 85.2 | 1042.40 | 163.80 | 62.5 | 0.5 |
| 1/9 | 27.70S | 43.60E | 8:00 | 290.8 | 12.6 | S | 18 | 5 | SSW | 1.4 | 85.2 | 982.50 | 163.30 | 62.5 | 0.5 |
| 1/10 | 25.60S | 48.00E | 8:00 | 289.0 | 12.1 | SE | 14 | 4 | SW | 1.4 | 85.2 | 920.00 | 162.80 | 62.5 | 0.5 |
| 1/11 | 21.70S | 51.70E | 8:00 | 360.7 | 12.0 | E | 10 | 5 | SSW | 1.2 | 85.2 | 857.90 | 162.30 | 62.5 | 0.5 |
| 1/12 | 18.60S | 55.20E | 7:00 | 277.7 | 12.1 | ESE | 13 | 4 | ESE | 1.4 | 85.2 | 797.00 | 161.80 | 62.5 | 0.5 |
| 1/13 | 15.20S | 58.70E | 7:00 | 290.4 | 12.1 | ESE | 15 | 4 | ESE | 1.7 | 85.2 | 735.10 | 161.30 | 62.5 | 0.5 |
| 1/14 | 12.00S | 62.30E | 7:00 | 267.5 | 12.0 | E | 6 | 2 | SW | 1.3 | 85.2 | 672.60 | 160.80 | 62.5 | 0.5 |
| 1/15 | 8.70S | 65.90E | 7:00 | 289.4 | 12.1 | SSE | 5 | 2 | SW | 1.1 | 85.2 | 610.10 | 160.30 | 62.5 | 0.5 |
| 1/16 | 5.50S | 69.30E | 6:00 | 275.3 | 12.0 | ENE | 7 | 3 | SW | 0.9 | 85.2 | 550.20 | 159.80 | 62.5 | 0.5 |

# Voyage Summary Report

WNI Route Number: 2007122212

Date: February 18, 2008

WNI weathernews

| DATE | REPORTED NOON POSITIONS LAT | LON | GMT | DAILY DISTANCE (NM) | DAILY SPEED (KTS) | ANALYZED WEATHER SURFACE WIND DIR | SURFACE WIND SPEED (KTS) | SURFACE WIND BEAUFORT FORCE | COMBINED WAVES PRIMARY DIR | COMBINED WAVES HEIGHT (M) | REPORTED VESSEL DATA ENGINE RPM | ROB F.O. (M/T) | ROB M.D.O. (M/T) | AVERAGE DAILY CONS. F.O. (M/T) | AVERAGE DAILY CONS. M.D.O. (M/T) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/17 | 3.30S | 73.80E | 6:00 | 307.7 | 11.8 | NNE | 11 | 4 | SSW | 0.9 | 85.2 | 407.70 | 159.30 | 62.5 | 0.5 |
| 1/18 | 1.30S | 78.30E | 6:00 | 297.1 | 12.4 | NNE | 11 | 4 | NNE | 1.0 | 85.2 | 425.20 | 158.80 | 62.5 | 0.5 |
| 1/19 | 0.60N | 82.40E | 5:00 | 274.3 | 11.9 | NE | 11 | 4 | SSW | 0.9 | 85.2 | 365.30 | 158.30 | 62.5 | 0.5 |
| 1/20 | 2.60N | 86.00E | 5:00 | 266.0 | 12.0 | WSW | 5 | 2 | SSW | 0.7 | 85.2 | 302.60 | 157.80 | 62.5 | 0.5 |
| 1/21 | 4.50N | 91.10E | 5:00 | 286.1 | 11.9 | NNE | 15 | 4 | S | 0.3 | 85.2 | 240.30 | 157.30 | 62.5 | 0.5 |
| 1/22 | 6.20N | 95.50E | 5:00 | 287.3 | 12.0 | ENE | 15 | 4 | SSW | 0.8 | 85.2 | 177.80 | 156.80 | 62.5 | 0.5 |
| 1/23 | 4.60N | 99.20E | 4:00 | 250.7 | 10.9 | W | 6 | 3 | CALM | 0.0 | 85.2 | 117.90 | 156.30 | 62.5 | 0.5 |
| 1/24 | 3.80N | 102.40E | 4:00 | 248.6 | 10.4 | E | 5 | 1 | CALM | 0.0 | 85.2 | 55.40 | 155.80 | 62.5 | 0.5 |
| 1/24 | 1.31N | 103.91E | 20:00 | 90.2 | 6.1 | | | | | | | 22.60 | 142.50 | 40.2 | 10.5 |

WNI Route Number: 2007122212
Date: February 19, 2008

MANASOTA

From: ITAGUAI

To: SINGAPORE

CARDIFF MARINE INC

*Number of Days of Wind (Beaufort Force)*

| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | >9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Head | | | 0.25 | 1.50 | 2.75 | 0.75 | 1.00 | 0.25 | | | | 6.50 |
| Bow | | 0.25 | 1.75 | 3.75 | 4.50 | 1.25 | 1.50 | 0.25 | | | | 13.25 |
| Beam | | | 1.50 | 1.00 | 2.25 | 0.25 | | | | | | 5.00 |
| Quarter | | | 1.50 | 0.50 | 1.00 | 1.00 | | | | | | 4.00 |
| Follow | | | 0.25 | 0.25 | 1.75 | 0.75 | 0.50 | | | | | 3.50 |
| Total | | 0.25 | 5.25 | 7.00 | 12.25 | 4.00 | 3.00 | 0.50 | | | | 32.25 |

*Number of Days of Combined Wave Height (Meters)*

| | <1 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | >9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Head | | 0.50 | 0.50 | 0.25 | | | | | | | | 1.25 |
| Bow | 0.25 | 1.50 | 1.25 | | | | | | | | | 3.00 |
| Beam | 0.25 | 1.50 | 4.50 | 1.50 | 1.25 | | | | | | | 9.00 |
| Quarter | 1.50 | 6.00 | 3.25 | 2.25 | 0.75 | | | | | | | 13.75 |
| Follow | | 4.00 | 1.25 | | | | | | | | | 5.25 |
| Total | 2.00 | 13.50 | 10.75 | 4.00 | 2.00 | | | | | | | 32.25 |



Route Actual
Distance 9074 NM
Time 774.0 Hours
Speed 11.7 knots
Departure Time 12/23/2007 14:00 (GMT)
Arrival Time 1/24/2008 20:00 (GMT)
FROM: 23.2S 44.0W ITAGUAI
TO: 1.2N 103.9E SINGAPORE
MANASOTA
WNI Route Number: 2007122212
LEGEND
Wind from NE(0-5)
Full barb = 10 kts
1/2 barb = 5 kts
D = DAY OF THE MONTH
W 5 = PRIMARY WAVE FROM WEST, 5 METERS

# Vessel Performance Profile

WNI Route Number: 2007122212
Date: February 18, 2008

## MANASOTA

# Vessel Performance Profile (Page 2)

WNI Route Number: 2007122212

Date: February 18, 2008

## MANASOTA

Vessel Performance Profile (Page 3)
WNI Route Number: 2007122212
Date: February 18, 2008
MANASOTA
WIND SPEED AND SHIP SPEED
Ship Center shows wind speed at 12:00 GMT.
Arrow shows wind direction.
Ship symbol shows ship heading.
Line shows vessel speed at 12:00 GMT.
(BF)
(KTS)
SHIP'S SPEED (KTS)
> 47
17
18
19
20
21
22
23
24
COMBINED WAVE HEIGHT AND SHIP SPEED
Ship Center shows wave height at 12:00 GMT
Arrow shows primary wave direction.
Line shows vessel speed at 12:00 GMT.
(M)
(SEA STATE)
V HIGH
HIGH
V ROUGH
ROUGH
MODERATE
SLIGHT
CALM
FUEL IN TONS/DAY AND RPM
(TONS/DAY)
(RPM)

# Voyage Summary Report

WNI Route Number: 2007122212

Date: February 18, 2008

WNI weathernews

MANASOTA Operator: CARDIFF MARINE INC

| | | | | | |
|---|---|---|---|---|---|
| Departure: | SINGAPORE | 1.2N | 104.0E | January 25, 2008 | 15:00 (GMT) |
| Arrival: | BEILUN | 30.6N | 122.6E | February 2, 2008 | 03:00 (GMT) |
| Distance: | 2160 miles | Time Enroute 180.0 hours | | Average Speed: 12.0 knots | |

| REPORTED NOON POSITIONS | | | | DAILY | | ANALYZED WEATHER | | | | | REPORTED VESSEL DATA | | | AVERAGE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | SURFACE WIND | | | COMBINED WAVES | | ENGINE | ROB | | DAILY CONS. | |
| DATE | LAT | LON | GMT | DISTANCE (NM) | SPEED (KTS) | DIR | SPEED (KTS) | BEAUFORT FORCE | PRIMARY DIR | HEIGHT (M) | RPM | F.O. (MT) | M.D.O. (MT) | F.O. (MT) | M.D.O. (MT) |
| 1/25 | 1.25N | 105.00E | 15:00 | | | | | | | | | 2513.00 | 191.20 | | |
| 1/26 | 3.54N | 105.50E | 4:00 | 173.0 | 13.3 | NNE | 14 | 4 | NE | 1.0 | 85.2 | 2404.19 | 190.90 | 52.4 | 0.6 |
| 1/27 | 7.60N | 108.70E | 4:00 | 312.5 | 13.0 | NNE | 18 | 5 | NE | 2.0 | 85.2 | 2431.69 | 190.40 | 62.5 | 0.5 |
| 1/28 | 10.90N | 111.50E | 4:00 | 263.0 | 11.0 | NNE | 16 | 4 | NE | 1.5 | 85.2 | 2369.19 | 189.90 | 62.5 | 0.5 |
| 1/29 | 14.60N | 114.50E | 4:00 | 275.9 | 11.5 | ENE | 14 | 4 | NNE | 1.3 | 85.2 | 2296.69 | 189.40 | 62.5 | 0.5 |
| 1/30 | 17.00N | 117.50E | 4:00 | 274.6 | 11.4 | NE | 16 | 4 | NE | 1.6 | 85.2 | 2334.19 | 188.90 | 62.5 | 0.5 |
| 1/31 | 21.50N | 120.70E | 4:00 | 276.8 | 11.5 | NE | 32 | 7 | NE | 3.0 | 85.2 | 2275.19 | 188.40 | 61.0 | 0.5 |
| 2/1 | 25.50N | 122.30E | 4:00 | 266.7 | 11.1 | NNE | 21 | 6 | NNE | 2.0 | 85.2 | 2212.19 | 187.90 | 61.0 | 0.5 |
| 2/2 | 30.96N | 122.60E | 3:00 | 314.8 | 13.7 | | | | | | | 2051.70 | 187.40 | 61.0 | 0.5 |

WNI Route Number: 2007122212
Date: February 18, 2008

WNI Weathernews

MANASOTA

From: SINGAPORE

To: BEILUN

CARDIFF MARINE INC

*Number of Days of Wind (Beaufort Force)*

| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | >9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Head | | | | | 2.25 | 1.75 | 0.75 | 0.50 | 0.25 | | | 5.50 |
| Bow | | | | | 1.25 | 0.25 | 0.50 | | | | | 2.00 |
| Beam | | | | | | | | | | | | |
| Quarter | | | | | | | | | | | | |
| Follow | | | | | | | | | | | | |
| Total | | | | | 3.50 | 2.00 | 1.25 | 0.50 | 0.25 | | | 7.50 |

*Number of Days of Combined Wave Height (Meters)*

| | <1 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | >9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Head | | 3.25 | 2.75 | 0.75 | 0.75 | | | | | | | 7.50 |
| Bow | | | | | | | | | | | | |
| Beam | | | | | | | | | | | | |
| Quarter | | | | | | | | | | | | |
| Follow | | | | | | | | | | | | |
| Total | | 3.25 | 2.75 | 0.75 | 0.75 | | | | | | | 7.50 |



MANASOTA
WNI Route Number: 2007122212
Route Distance Time Speed Departure Time Arrival Time
Actual 2160 NM 180.0 Hours 12.0 knots 1/25/2008 15:00 (GMT) 2/2/2008 03:00 (GMT)
FROM: 1.2N 104.0E SINGAPORE
TO: 30.6N 122.0E BEILUN
LEGEND
110E
120E
130
30N
20N
10N
0
NNE 4.1
NE 2.0
NE 1.1
NE 1.9
NE 1.3



Vessel Performance Profile (Page 4)
WNI Route Number: 2007122212
Date: February 18, 2008
MANASOTA
WIND SPEED AND SHIP SPEED
Ship Center shows wind speed at 12:00 GMT
Arrow shows wind direction.
Ship symbol shows ship heading.
Line shows vessel speed at 12:00 GMT.
(BF)
(KTS)
SHIP'S SPEED (KTS)
COMBINED WAVE HEIGHT AND SHIP SPEED
Ship Center shows wave height at 12:00 GMT.
Arrow shows primary wave direction.
Line shows vessel speed at 12:00 GMT.
(M)
(SEA STATE)
V HIGH
HIGH
V ROUGH
ROUGH
MODERATE
SLIGHT
CALM
FUEL IN TONS/DAY AND RPM
(TONS/DAY)
(RPM)